# Court of Appeals
# of the State of Georgia

ATLANTA,___June 05, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14E0027.  JAMES WALLEN SNUGGS SR. v. JOHN MASON SNUGGS SR., AND MARY MARGARET OLIVER, AS TEMPORARY ADMINISTRATOR.**

The Appellant has filed an Emergency Motion requesting an extension of time to file an application for discretionary appeal.  The Motion is hereby GRANTED. The Appellant shall file the application for discretionary appeal by June 16, 2014.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/05/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*